IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| ROSALES-ROSALES, Roberto Victor | : | |
| | : | |
| Petitioner, | : | |
| | : | Case No. 7:26-cv-00081.WLS-CHW |
| | : | 28 U.S.C. § 2241 |
| | : | |
| v. | : | |
| | : | |
| WARDEN, STEWART DETENTION CENTER, | : | |
| | : | |
| Respondent. | : | |

## NOTICE OF DISMISSAL OF HABEAS CORPUS PETITION

On March 27th, 2026, Petitioner filed a habeas corpus with this Court, challenging his detention in immigration custody at the Stewart Detention Center in Lumpkin, GA (ECF,1). Pursuant to this Court's Order, the Respondent complied and the Petitioner appeared for a custody redetermination hearing before an Immigration Judge. Immigration Judge issued an order granting Petitioner's release from custody under bond and was subsequently released from immigration custody.

Because Petitioner is no longer in custody, the claims raised in the Petition are now moot. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner hereby **voluntarily dismisses** this action without prejudice.

Respectfully submitted, this 21st day of April, 2026.

/s/ Matthew O. Boles
Matthew O. Boles
GA Bar No. 904287; LA Bar No. 37593

MANJI LAW, P.C.
5745 Lawrenceville Hwy
Tucker, GA 30084
matt@manjilaw.com
941-524-7913

*Counsel for Petitioner*

**SO ORDERED this** 22nd **day**
**of** April, 2026 .

_____
**W. Louis Sands, Sr. Judge**
**United States District Court**