IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

ROBERTO VICTOR ROSALES ROSALES,       *

           Petitioner,       *

v.       Case No. 7:26-cv-81 (WLS-CHW)
                                   *

WARDEN IRWIN COUNTY DETENTION
CENTER,       *

           Respondent.       *

_____

## **J U D G M E N T**

Pursuant to this Court's Order dated April 22, 2026, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case.

This 23rd day of April, 2026.

David W. Bunt, Clerk


s/ Katie Logsdon, Deputy Clerk